# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

KEITH BOSSIER

VERSUS

HAZA FOODS OF LOUISIANA,
LLC, DIAMOND LAND COMPANY,
LLC, THE WENDY'S COMPANY,
ABC INSURANCE COMPANY, DEF
INSURANCE COMPANY, AND XYZ
INSURANCE COMPANY

NO.  2025 CW 0835

**JANUARY 30, 2026**

---

In Re:    Haza Foods of Louisiana, LLC and The Wendy's Company,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 697800.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**


   **WRIT DENIED AS MOOT.**  See **Bossier v. Haza Foods of Louisiana,
LLC,** 2025-00909 (La. 11/5/25), 421 So.3d 965.

                          **WIL**
                          **EW**
                          **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT